IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERARDO NEGRON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 12-3780 |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Acting Commissioner of the Social | : | |
| Security Administration | : | |

## ORDER

**AND NOW**, this 6th day of June, 2013, upon consideration of the Plaintiff's Motion for Summary Judgment and Amended Motion for Summary Judgment (Document Nos. 6 and 8), the defendant's response (Document No. 9), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Document No. 11), the Plaintiff's Statement of Disputed Findings of Magistrate (Document No. 12), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1.   The plaintiff's objections are **OVERRULED**;

2.   The Report and Recommendation is **APPROVED** and **ADOPTED**; and

3.   The plaintiff's motion for summary judgment is **DENIED**.

                                                                        /s/ Timothy J. Savage
                                                                        TIMOTHY J. SAVAGE, J.